**HELLS ANGELS MOTORCYCLE CLUB OF NEVADA; Sohn Regas; D.J. Myers; Donnie Atchinson; David Burgess; Rudy Villasenor; Jason Vanmeter; Christopher Guido; Tracy Lee Curtis; Mike Bouza; Troy Regas; Dale Brown; Michelle Bruce, Plaintiffs—Appellants,**

v.

**State of NEVADA; City of Reno, City of Sparks; County of Washoe; Jeff Griffin; Jerry Hoover; Tony Armstrong; John Dotson; Richard Kirkland; Michael Hood; Matt Dellavella; Brent Teasley; David Depaoli; Ron Rosa; Sam Neuharth; Lanny Marsh; Lessman, Officer; R. Nuttall; Stuart Hendte; D.J. Kuzemchak; Todd Shipley; Kim Bradshaw; C. Palmer; S. Smith; Broome, Officer; T. Robinson; Dimino, Officer; Green, Officer; J. Fray; Van Diese, Officer; Tom Green; James Lopez; Stuart Handte; Patrick McGill; United States Department of Probation and Parole; Sierra Pacific Power Company; Unknown Agents, Unknown Agents of the United States Department of Justice, Defendants—Appellees.**

No. 01–16673.

D.C. No. CV–99–00525–PMP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 17, 2003.

Decided Feb. 7, 2003.

Before SCHROEDER, Chief Judge, NOONAN and CLIFTON, Circuit Judges.

### MEMORANDUM *

This is a suit by the Hells Angels Motorcycle Club under Section 1983. The only remaining defendant is the Sierra Pacific Power Company and the district court dismissed on the pleadings. Hells Angels appeals. The district court dismissal of the action was correct because there has been no sufficient allegation of a state actor as a defendant. *See Brunette v. Humane Soc'y of Ventura County*, 294 F.3d 1205, 1209 (9th Cir.2002).

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

